IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH JAY RANEY, SR.,

    Plaintiff,

v.

STATE OF WISCONSIN, DEPARTMENT
OF CORRECTIONS, et al.

    Defendants.

ORDER

Case No. 15-cv-106-wmc

    Plaintiff Kenneth Jay Raney, Sr., a prisoner in the custody of the United States Bureau of Prisons, has filed a proposed civil complaint. Plaintiff is a prisoner and, therefore, subject to the 1996 Prisoner Litigation Reform Act. Plaintiff requests leave to proceed without prepayment of the filing fee and has submitted several monthly inmate transaction statements to support his request. These statements are insufficient to determine if plaintiff qualifies for indigent status. Instead, plaintiff must submit a *certified* copy of his account statement for the entire six-month period immediately preceding the filing of the complaint.

    For this case to proceed, plaintiff must submit the certified inmate account statement no later than March 12, 2015. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

    IT IS ORDERED that plaintiff Kenneth Jay Raney, Sr. may have until March 12, 2015 to submit a certified inmate account statement for the period beginning approximately

1

August 10, 2014 and ending approximately February 10, 2015. If, by March 12, 2015, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 20th day of February, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge